United States District Court
EASTERN DISTRICT OF CALIFORNIA

FILED
DEC 2 9 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States of America** | ) |
| vs. | ) Case No. 1:15CR00285-LJO-SKO-1 |
| Rich Xiongpao | ) |
| | ) |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Rich Xiongpao_____, have discussed with _____Zaren Craddock_____, Pretrial Services Officer, modifications of my release conditions as follows:

1. **You shall refrain from any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;**

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_Rich Xiongpao_   12-22-15            _[signature]_   12/18/15
Signature of Defendant   Date         Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_[signature]_                         12/29/15
Signature of Assistant United States Attorney   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_                         12-18-15
Signature of Defense Counsel          Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on  12-29-15  .
[ ] The above modification of conditions of release is *not* ordered.

_Sheila K. Oberto_                    12-29-15
Signature of Judicial Officer         Date

cc:   U.S. Attorney=s Office, Defense Counsel, Pretrial Services