BENJAMIN B. WAGNER
United States Attorney
DANIEL J. GRIFFIN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00285 LJO-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE FILING OF GOVERNMENT'S RESPONSE TO MOTION TO SUPPRESS AND ORDER THEREON** |
| v. | |
| RICH XIONGPAO, | |
| Defendant. | Date: January 28, 2016<br>Honorable Lawrence J. O'Neill |

The United States of America, by and through BENJAMIN B. WAGNER, United States Attorney, and DANIEL J. GRIFFIN, Assistant United States Attorneys, and the defendant Rich Xiongpao, by and through Ann McGlenon, his attorney of record, hereby stipulate to continue the Government's response to the defendant Rich Xiongpao's motion to suppress in this matter from January 28, 2016 until February 5, 2016.

The basis for this continuance is as follows: The government was waiting on a completed translation of an audio recording. The translation was completed recently completed and the government is requesting until February 5, 2016 to file its response.

///

///

///

///

Stipulation to Continue Response Filing and Order Thereon          1

1 | The parties request that time be excluded to and through the date of the Court's order on the
2 | pending motion due to the pendency of motions, pursuant to 18 U.S.C. Section 3161.

3 | Dated: January 27, 2016      BENJAMIN B. WAGNER
4 |      United States Attorney

5 |      /s/ *Daniel J. Griffin*
     DANIEL J. GRIFFIN
6 |      Assistant United States Attorney

8 | Dated: January 27, 2016      /s/ *Ann McGlenon*
     Ann McGlenon
9 |      Attorney for Defendant

12 | IT IS SO ORDERED.

13 |     Dated: **January 27, 2016**      **/s/ Lawrence J. O'Neill**
14 |      UNITED STATES DISTRICT JUDGE

Stipulation to Continue Response Filing and Order Thereon

2