HEATHER E. WILLIAMS, #122664
Federal Defender
ANN H. MCGLENON, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
RICH XIONGPAO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:15-cr-00285 LJO-SKO |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE TRIAL DATE; ORDER of Denial without prejudice |
| vs. | ) ) | Date: November 29, 2016 |
| RICH XIONGPAO, | ) ) | Time: 8:30 a.m. Judge: Lawrence J. O'Neill |
| Defendant. | ) ) ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Daniel J. Griffin, counsel for plaintiff, and Assistant Federal Defender, Ann H. McGlenon, counsel for defendant Richard Xiongpao, that the trial currently set for August 23, 2016 at 8:30 a.m., before the Honorable Lawrence J. O'Neill, **may be continued to November 29, 2016 at 8:30 a.m.**

Defense counsel proposes this continuance because she has two trials scheduled for the same day, but thought one would settle.

The requested continuance is with the intention of conserving time and resources for both parties and the court. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time

///

set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A), 3161 (h)(3)(A), and 3161(h)(7)(B)(i) and (iv).

Date: July 14, 2016

        Respectfully submitted,

        BENJAMIN B. WAGNER
        United States Attorney

Dated:  July 14, 2016        */s/ Daniel J. Griffin*
        DANIEL J. GRIFFIN
        Assistant United States Attorney
        Attorney for Plaintiff

        HEATHER E. WILLIAMS
        Federal Defender

Dated:  July 14, 2016        */s/ Ann H. McGlenon*
        ANN H. MCGLENON
        Assistant Federal Defender
        Attorney for Defendant
        RICH XIONGPAO

## **O R D E R**

**The Court is not available to try the case on the date requested.  In addition, it is too early to determine whether or not there will be an actual conflict, in that almost no  trial is a sure go (this case or the other scheduled).  In addition, there is no indication that nobody else in the office is able to take the case to trial.  The request is DENIED without prejudice.**

IT IS SO ORDERED.

   Dated:   **July 15, 2016**        **/s/ Lawrence J. O'Neill**
        UNITED STATES CHIEF DISTRICT JUDGE