HEATHER E. WILLIAMS, #122664
Federal Defender
ERIC V. KERSTEN, #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
RICH XIONGPAO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>RICH XIONGPAO,<br><br>  Defendant. | Case No.  1:15-CR-00285 LJO<br><br>**DEFENDANT'S WITNESS LIST**<br><br>Date: November 8, 2016<br>Time: 8:30 a.m.<br>Judge: Hon. Lawrence J. O'Neill |

Defendant Rich Xiongpao gives notice that he may call any witness on the government's witness list who is not called by the government. Mr. Xiongpao also designates the following as prospective witnesses, reserving the right to add to the list as circumstances dictate:

   1.   Vincent Lee - Federal Public Defender Investigator


Dated: October 31, 2016                    Respectfully submitted,

                                           HEATHER E. WILLIAMS
                                           Federal Defender


                                           By: /s/ Eric V. Kersten
                                           ERIC V. KERSTEN
                                           Assistant Federal Defender
                                           Attorney for Defendant
                                           RICH XIONGPAO