PHILLIP A. TALBERT
Acting United States Attorney
DANIEL J. GRIFFIN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RICH XIONGPAO,<br><br>    Defendants. | CASE NO. 1:15-CR-285-LJO<br><br>GOVERNMENT'S WITNESS LIST<br><br>DATE: November 8, 2016<br>TIME: 8:30 a.m.<br>COURT: Hon. Lawrence J. O'Neill |

The United States, by and through its undersigned counsel, hereby submits the following list of witness it may call in its case-in-chief:

1. Mike Grate, Special Agent, United States Forest Service
2. Kevin Mayer, Special Agent, United States Forest Service
3. Cooper Fouch, Law Enforcement Officer, United States Forest Service
4. Rene Villanueva, Law Enforcement Officer, United States Forest Service
5. Cody Wheeler, Law Enforcement Officer, United States Forest Service
6. John Brinley, Law Enforcement Officer, United States Forest Service
7. Keith Copeland, Criminologist, California Department of Justice
8. Richard Ambrozini, Helicopter Pilot
9. Neil Cuthbert, Madera County Deputy Sherriff
10. Roy Broomfield, Madera County Deputy Sherriff

11. Sher Moua, Fresno County Deputy Sherriff

Dated:  October 31, 2016

PHILLIP A. TALBERT
Acting United States Attorney

By:  /s/ DANIEL J. GRIFFIN
DANIEL J. GRIFFIN
Assistant United States Attorney