1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  ERIC V. KERSTEN, #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: 559-487-5561/Fax: 559-487-5950
5
   Attorney for Defendant
6  RICH XIONGPAO

7

8                 IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  Case No. 1:15-cr-00285 LJO-SKO
                                     )
12              Plaintiff,           )  STIPULATION TO CONTINUE
                                     )  SENTENCING;  ORDER
13  vs.                              )
                                     )  Date:   February 27, 2017
14  RICH XIONGPAO,                   )  Time:   8:30 a.m.
                                     )  Judge:  Lawrence J. O'Neill
15              Defendant.           )
                                     )
16  _____ )

17

18       **IT IS HEREBY STIPULATED** by and between the parties through their respective

19  counsel, Assistant United States Attorney, Ross Pearson, counsel for plaintiff, and Assistant

20  Federal Defender, Eric V. Kersten, counsel for defendant Richard Xiongpao, that the sentencing

21  hearing currently set for Ferbuary 6, 2017 at 8:30 a.m., before the Honorable Lawrence J.

22  O'Neill, **may be continued to February 27, 2017 at 8:30 a.m.**

23       The defense will argue at sentencing that Mr. Xiongpao is eligible for safety valve relief

24  pursuant to USSC 5C1.2. Additional time is needed to allow Xiongpao to fulfill the requirement

25  that he debrief fully prior to the time of sentencing. USSC 5C1.2(a)(5). Additional time is also

26  requested to permit the parties to attempt to reach an agreement regarding the proper restitution

27  amount in lieu of a contested hearing.

28  ///

1    The continuance is requested to conserve time and resources for the parties and the court.

2    The parties agree that the delay resulting from the continuance shall be excluded in the interests

3    of justice, including for effective defense preparation and investigation pursuant to 18 U.S.C. §§

4    3161(h)(7)(A) and 3161(h)(7)(B) (iv).

5

6                                                    Respectfully submitted,

7                                                    PHILLIP A. TALBERT
                                                     United States Attorney
8

9    Dated:  January 30, 2017                        /s/ Ross Pearson
                                                     ROSS PEARSON
10                                                   Assistant United States Attorney
                                                     Attorney for Plaintiff
11

12                                                   HEATHER E. WILLIAMS
                                                     Federal Defender
13

14   Dated:  January 30, 2017                        /s/ Eric V. Kersten
                                                     ERIC V. KERSTEN
15                                                   Assistant Federal Defender
                                                     Attorney for Defendant
16                                                   RICH XIONGPAO

17

18

19                                   **O R D E R**

20

21   IT IS SO ORDERED.

22       Dated:   **January 31, 2017**              **/s/ Lawrence J. O'Neill**

23                                                   UNITED STATES CHIEF DISTRICT JUDGE

24

25

26

27

28

Xiongpao: Stipulation To Continue Sentencing