PHILLIP A. TALBERT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICH XIONGPAO,<br><br>Defendants. | CASE NO. 1:15-CR-00285-LJO<br><br>DECLARATION OF SPECIAL AGENT MIKE GRATE IN SUPPORT OF UNITED STATES' SENTENCING MEMORANDUM<br><br>DATE: February 27, 2017<br>TIME: 8:30 a.m.<br>COURT: Hon. Lawrence J. O'Neill |

The United States submits the attached sworn declaration of Special Agent Mike Grate in support of the United States' Sentencing Memorandum (Doc. 73).

Dated: February 26, 2017

PHILLIP A. TALBERT
United States Attorney

By: /s/ ROSS PEARSON
ROSS PEARSON
Assistant United States Attorney

DECLARATION OF SPECIAL AGENT MIKE GRATE                1

PHILLIP A. TALBERT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00285-LJO |
|---|---|
| Plaintiff, | DECLARATION OF SPECIAL AGENT MIKE GRATE, U.S. FOREST SERVICE |
| v. | |
| RICH XIONGPAO, | DATE: February 27, 2017<br>TIME: 8:30 a.m.<br>COURT: Hon. Lawrence J. O'Neill |
| Defendants. | |

I, Mike Grate, hereby declare:

1.  I am a Special Agent with the United States Forest Service (USFS), assigned to Sierra National Forest, in Madera, California. I have been employed with the USFS since February 2007. Prior to being a Special Agent with the Forest Service, I was a Law Enforcement Park Ranger with the National Park Service for approximately 10 years. I am a graduate of the Federal Law Enforcement Training Center Land Management Officer Training Program and the Criminal Investigator Training Program. My primary duties include detecting, investigating, apprehending, and prosecuting criminal activity on and relating to National Forest System lands.

2.  I have conducted numerous controlled substance investigations and have arrested/cited many persons for being under the influence, possession, manufacturing and transportation of various controlled substances and illegal drug paraphernalia. While employed as an LEO, I attended an 80-hour course given by the USFS on marijuana cultivation. While employed as an LEO I have investigated or

DECLARATION OF SPECIAL AGENT MIKE GRATE 1

participated in the investigation of hundreds of large scale, clandestine, outdoor marijuana cultivation sites on federal, state and private lands. The marijuana cultivation sites have been in various stages of production.

3. As a result of investigating these marijuana cultivation sites, I have become very familiar with methods used by drug trafficking organizations (DTOs) to locate, set up, cultivate and conceal the marijuana cultivation sites. I have also become very familiar with methods used to re-supply the cultivation sites and remove harvested marijuana from the mountains and remote areas.

4. During the course of these investigations, I have had the opportunity to interview or assist in interviewing DTO suspects involved in all aspects of the operation – supplying, cultivating and transporting marijuana. During these interviews, I have discussed methods used to grow marijuana, evade detection and transport marijuana and supplies on National Forest lands.

5. I have attended over 100 hours of specialized training and have 15 years of on the job training and experience in tracking individuals and groups in remote, mountainous areas in a variety of conditions and situations. I have used these skills in search and rescue situations and to detect and track marijuana growers on numerous occasions. I have received over 100 hours of formal training – didactic and practical – relating to the enforcement of controlled substance laws.

6. Based on my training, experience and discussions with senior narcotics investigators who have participated in hundreds of investigations involving marijuana cultivation, I know subjects involved in illegal outdoor marijuana cultivation operations on public lands have, store and keep firearms and weapons in the cultivation site.

7. These firearms and other weapons can serve multiple purposes. They are used by drug traffickers to protect themselves or their contraband from law enforcement personnel.

8. Firearms and other weapons are also used as protection against people intending to steal the illegally cultivated marijuana, known as "patch pirates."

//
//
//
//
//

DECLARATION OF SPECIAL AGENT MIKE GRATE          2

9. The firearms or other weapons are not always immediately accessible to workers in the grow. These firearms and other weapons are commonly stored in the sleeping area. The fact that they are not always immediately accessible does not mean they are not used for protection in connection with marijuana cultivation.

I declare under penalty of perjury that all these facts are true and correct.

Dated: February 26, 2017            By: /s/ Mike Grate
                                                      MIKE GRATE
                                                      Special Agent
                                                      United States Forest Service