HEATHER E. WILLIAMS, #122664
Federal Defender
ERIC V. KERSTEN, #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
RICH XIONGPAO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:15-cr-00285 LJO-SKO |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE RESTITUTION HEARING; ORDER |
| vs. | ) ) | Date: June 19, 2017 |
| RICH XIONGPAO, | ) ) | Time: 8:30 a.m. Judge: Lawrence J. O'Neill |
| Defendant. | ) ) ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the restitution hearing scheduled for June 5, 2017 may be may be continued to June 19, 2017, at 8:30 a.m., or the soonest time thereafter that is convenient to the court.

On February 27, 2017, the Court held a sentencing hearing and all aspects of Mr. Xiongpao's judgment were resolved, with the exception of restitution. At that time, the Court announced its intent to impose restitution and the parties requested time to attempt to negotiate a recommended resolution of the issue. Counsel for the parties have reached a tentative agreement, but additional time is need to discuss the proposed resolution personally with Mr. Xiongpao, who is Hmong speaker housed in federal prison. While 18 U.S.C. § 3664(d)(5) sets forth a ninety day deadline for imposition of restitution, the court nonetheless retains power to order restitution

after the ninety days provided it has announced that it would order restitution prior to the deadline's expiration. *Dolan v. United States*, 560 U.S. 605, 607-621 (U.S. 2010). Here, given that counsel have agreed upon a recommended resolution, and communication with Mr. Xiongpao is complicated by his imprisonment, the requested continuance is appropriate

The parties agree that the delay resulting from this request shall be excluded in the interests of justice, and for effective defense investigation and preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Dated: May 30, 2017  */s/ Ross Pearson*
ROSS PEARSON
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Dated: May 30, 2017  */s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
RICH XIONGPAO

**O R D E R**

**IT IS SO ORDERED.**

DATED: May 31, 2017  /s/ Lawrence J. O'Neill
LAWRENCE J. O'NEILL
United States District Judge