PHILLIP A. TALBERT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:15-cr-00285 LJO-SKO |
| | ) | |
| Plaintiff, | ) | STIPULATION TO RESTITUTION AWARD |
| | ) | |
| vs. | ) | |
| | ) | |
| RICH XIONGPAO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On October 8, 2015, a grand jury charged Rich Xiongpao in a three-count indictment with conspiracy to manufacture, cultivate, and possess with the intent to distribute 100 or more marijuana plants; manufacture of 100 or more marijuana plants; and depredation of public lands and resources. (Doc. 11). Xiongpao proceeded to trial. Prior to trial, the United States dismissed Count One, conspiracy to manufacture, cultivate, and possess with the intent to distribute 100 or more marijuana plants. Following trial, a jury found Xiongpao guilty of the remaining two counts: manufacture of 100 or more marijuana plants, and depredation of public lands and resources. (Doc. 64).

On February 27, 2017, the Court sentenced Xiongpao to 60 months in prison, and imposed all aspects of defendant's ultimate judgment with the exception of restitution for Count Three, depredation of public lands and resources. At the sentencing hearing, the parties stated their intention to continue working toward a resolution on restitution within ninety days pursuant

to 18 U.S.C. § 3664(d)(5).

On May 25, 2017, the Court, at the request of the parties, scheduled a restitution hearing for June 5, 2017. (Doc. 88). Prior to the restitution hearing, the parties reached an agreement regarding restitution. Defense counsel has discussed the proposed resolution with Mr. Xiongpao, and Xiongpao fully agrees with the proposed resolution.

Under the terms of the agreement, and pursuant to 18 U.S.C. § 3663(a)(3), defendant Rich Xiongpao agrees to pay restitution to the U.S. Forest Service, the victim of the depredation of public lands and resources, in the amount of $5,000. Restitution is to be sent to the Clerk of the Court, who shall forward it the U.S. Forest Service.  If incarcerated, payment of restitution (without interest) is due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program.

THEREFORE, and in light of the above analyses and stipulations, THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Ross Pearson, counsel for the government, and Assistant Federal Defender Eric V. Kersten, counsel for defendant, to a restitution award in an amount not to exceed $5,000.00.


PHILLIP A. TALBERT
United States Attorney


Dated: June __15, 2017        By:___/s/ Ross Pearson_____
ROSS PEARSON
Assistant U.S. Attorney


HEATHER E. WILLIAMS
Federal Defender


Dated: June __14_,  2017      By:___/s/ Eric V. Kersten___
ERIC V. KERSTEN
Attorney for Defendant


///

///

# ORDER

**IT IS SO ORDERED**. Restitution regarding to the U.S. Forest Service shall be awarded in the amount of $5,000.

IT IS SO ORDERED.

Dated:  **June 15, 2017**                      **/s/ Lawrence J. O'Neill**
                                                            UNITED STATES CHIEF DISTRICT JUDGE