IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:15-CR-00285-001 JLT SKO |
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| RICH XIONGPAO, | |
| Defendant. | |

The above-named defendant having been sentenced on February 12, 2024, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith.

A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated: **February 12, 2024**

_____
UNITED STATES DISTRICT JUDGE